Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 544 - 3 | **DATE** | 7/10/2008 |
| **CASE TITLE** | United States of America vs. Jose G. Melgar | | |

**DOCKET ENTRY TEXT**

Initial hearing held. Ronald H. Merel appears as counsel for defendant. Defendant informed of the charges against him and the maximum penalty, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to a preliminary hearing. Government seeks detention Bond hearing is set for 7/14/08 at 11:00 a.m. at which time a preliminary examination hearing date shall be set unless defendant waives the right to the hearing. Defendant shall be detained until the bond hearing or until further order of court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

08CR544 - 1 United States of America vs. Javier Gomez

Page 1 of 1