

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 544-3 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Jose G. Melgar | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Government's oral motion to detain defendant is granted. Government has proven by clear and convincing evidence no condition or set of conditions will assure the community's safety. Defendant is held without bond. Preliminary examination hearing is set for 1/29/08 at 1:00 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|