## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 544 - 1,3 | **DATE** | 8/4/2008 |
| **CASE TITLE** | United States of America vs. Jose Gomez and Jose G. Melgar | | |

**DOCKET ENTRY TEXT**

Defendants' waive the preliminary examination hearing. Enter a finding of probable cause; Jose Gomez and Jose G. Melgar are bound to the District Court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|