UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 544 |
| v. | ) | Magistrate Judge Cole |
| | ) | |
| JAVIER GOMEZ, et al. | ) | |

**ATTORNEY DESIGNATION**

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney has also been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

 /s/ Maggie J. Schneider
MAGGIE J. SCHNEIDER
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-1875

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**ATTORNEY DESIGNATION**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on AUGUST 5, 2008, to the following non-ECF filers:

> Ronald H Merel
> Ronald H. Merel & Associates
> Suite 50
> 5225 Old Orchard Road
> Skokie, IL 60077

> /s/ Maggie J. Schneider
> MAGGIE J. SCHNEIDER
> Assistant United States Attorney
> 219 South Dearborn Street, 5th Floor
> Chicago, Illinois 60604
> (312) 353-1875