UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 544-3 |
| v. | ) | Magistrate Judge Cole |
| | ) | |
| JOSE G. MELGAR | ) | |

### GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal without prejudice of the complaint as to JOSE G. MELGAR in the above-captioned case pursuant to Fed. R. Crim. P. 48(a).

Counsel for the government has spoken with counsel for the defendant and defendant's counsel agrees to the entry of an order dismissing the Criminal Complaint without prejudice.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    /s/ Margaret J. Schneider
MARGARET J. SCHNEIDER
Assistant U.S. Attorney
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604
(312) 353-1875

Dated:    August 5, 2008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with

FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing

(ECF), the following document:

### GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-

class mail on AUGUST 5, 2008, to the following non-ECF filers:

> Ronald H Merel
> Ronald H. Merel & Associates
> Suite 50
> 5225 Old Orchard Road
> Skokie, IL 60077

/s/ Maggie J. Schneider
MAGGIE J. SCHNEIDER
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-1875