## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 544-3 | **DATE** | 8/5/2008 |
| **CASE TITLE** | United States of America vs. Jose G. Melgar | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion to dismiss complaint without prejudice [16] is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

3cc to U.S. Marshal's

| | Courtroom Deputy Initials: | CDH |
|---|---|---|