UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 544-3 |
| v. | ) | Magistrate Judge Cole |
| | ) | |
| JOSE G. MELGAR | ) | |

### ORDER

The government has requested that the Criminal Complaint as to JOSE G. MELGAR in the above-referenced matter be dismissed without prejudice. The defendant has received notice of the government's motion and has no objection.

IT IS HEREBY ORDERED THAT the Criminal Complaint in this matter be dismissed without prejudice.

SO ORDERED:

_____
JEFFREY COLE
United States Magistrate Judge

DATED: August 5, 2008